[Cite as *02/13/2004 Case Announcements*, 2004-Ohio-642.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

## February 13, 2004

## MOTION AND PROCEDURAL RULINGS

**2004–0285. State v. Reese.**
Trumbull App. No. 2002–T–0068, 2004-Ohio-341. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of court of appeals' judgment,
    IT IS ORDERED by the court that the motion for stay be, and hereby is, granted.
    PFEIFER, J., dissents.

[Cite as *02/18/2004 Case Announcements*, 2004-Ohio-703.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

## February 18, 2004

## MOTION AND PROCEDURAL RULINGS

**2003–2165. State v. Koliser.**
Mahoning C.P. No. 03CR535. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Mahoning County. Upon consideration of appellant's motion for extension of time to transmit the record,
    IT IS ORDERED by the court that the motion for extension of time to transmit the record be, and hereby is, granted to the extent that the time for transmitting the record is extended to April 19, 2004.

**2004–0271. Helms v. Green.**
Summit C.P. No. CV03127220. This cause is pending before the court as an appeal of an election contest pursuant to R.C. 3515.15. On February 9, 2004, appellants filed a notice of appeal and a merit brief in this matter. Upon consideration thereof,
    IT IS ORDERED by the court, sua sponte, that the Clerk of this court shall issue an order for the transmittal of the record from the Court of Common Pleas of Summit County.
    IT IS FURTHER ORDERED that appellee shall file its merit brief within 30 days of the date of the filing of the record by the Clerk of this court, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI.

# MISCELLANEOUS DISMISSALS

**2003–2217. Cleveland Mun. School Dist. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–V–1670. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the parties' joint motion to remand this cause to the Board of Tax Appeals,
    IT IS ORDERED by the court that the joint motion to remand be, and hereby is, granted, and this cause is remanded to the Board of Tax Appeals to implement the settlement agreement of the parties.